People's Law Office
1180 N. Milwaukee Ave.
Chicago, IL 60642
773 235 0070

March 16, 2016

Judge J. P. Stadtmueller
United States Courthouse Room 471
517 East Wisconsin Avenue
Milwaukee, WI 53202

Re: *Hoskin v. Milwaukee*, 13-CV-920-JPS, *Caine v. Milwaukee*, 14-CV-1548-JPS

Dear Judge Stadtmueller,

Both of these referenced cases are in the process of being settled. As part of the settlement agreement certain debts owed by the Plaintiffs are being paid out of the settlement proceeds and the proof of payments submitted to the Defendant City of Milwaukee. This process has not yet been fully completed, and the parties do not want to file a stipulation of dismissal until this has been achieved.

All parties request therefore that the case be administratively closed at this time, with the understanding that a joint motion for dismissal with prejudice will be submitted when the settlement has been completed.

Yours Truly,


s/ John L. Stainthorp

**Certificate of Service**

      John L. Stainthorp, one of the attorneys for the Plaintiffs in these matters, certifies that copies of this letter were served on all parties by filing with the District Courts electronic filing system.

                                              s/ John L. Stainthorp